# EXHIBIT B

**U.S. Patent No. US 8,938,799 v. Darktrace, Inc.**

1

# 1. Claim Chart

| Claim | Analysis |
|---|---|
| [16.P] A security subsystem configurable in the path of communications between a network and a host system of a network endpoint, the security subsystem comprising processing resources at least for providing security for the host system, in part by executing security function software modules, wherein the | Darktrace Holdings Limited (hereinafter referred to as Darktrace) makes, uses, sells and/or offers to sell a security subsystem configurable in the path of communications between a network and a host system of a network endpoint, the security subsystem comprising processing resources at least for providing security for the host system, in part by executing security function software modules. <br><br> This element is infringed literally, or in the alternative, under the doctrine of equivalents. <br><br> For example, Darktrace provides ActiveAI security platform ("security subsystem") which is a cybersecurity platform that provides real-time detection, and autonomous response to known and unknown threats. Further, it secures endpoint devices against malicious connections, unauthorized file transfers, and suspicious network explorations ("configurable in the path of communications between a network and a host system of a network endpoint"). Furthermore, the Darktrace's ActiveAI security platform provides Detection, Investigation, and Respond functionalities that provide end to end security and attack surface management. Additionally, Darktrace/Endpoint deploys using lightweight Darktrace agents ("processing resources at least for providing security for the host system, in part by executing security function software modules") that detect and neutralize unusual activity. |

| processing means comprises at least: |  The essential cybersecurity platform<br><br>Delivers a proactive approach to cyber resilience in a single platform, providing preemptive visibility into security posture, real-time detection, and autonomous response to known and unknown threats.<br><br>Source: https://darktrace.com/platform (annotated)<br><br>The Darktrace ActiveAI Security Platform is designed for your Security Operations Center to eliminate alert triage, perform investigations, and rapidly detect and respond to known and unknown threats, whilst exposing risk gaps across your tech-nologies and processes so your team can shift to a proactive cyber approach. The solution is built on Self-Learning AI that continuously trains from your ever-changing business data wherever it is deployed, with further enrichment from external threat intelligence and third-party alerting. | Security subsystem |

3

Source: https://cdn.prod.website-files.com/626ff4d25aca2edf4325ff97/6755ed83df191fb405cc5135_Darktrace%20ActiveAI%20Security%20Platform%20Solution%20Brief.pdf, Page 2



Source: https://darktrace.com/platform

4

Darktrace provides coverage for all 14 MITRE ATT&CK categories, combining the lowest level of network monitoring with endpoint process analysis to detect threats at every stage of the attack lifecycle. Darktrace can detect both known and novel threats without relying on historical data, static rules or signature-based methods.

Here are just a few examples of the detection models that Darktrace / ENDPOINT can use to identify anomalous behavior and threats based on network activity.

Darktrace / ENDPOINT also has dedicated models for endpoint process telemetry that are combined with network-level monitoring. These include models such as Unusual Connections from New Process, Rare Process with Suspicious Parent, New Executable Launched, Anomalous Use of Scripting Process, Data Transfer from Suspicious Process Path, and much more.

Source: https://cdn.prod.website-files.com/626ff4d25aca2edf4325ff97/692484eb754540cdb8081dbc_Solution%20Brief%20-%20Endpoint%20v2.pdf, Page 4

## Detection

Detect known and novel threats across your endpoint devices with Self-Learning AI that understands what is normal for each endpoint and your whole organization.

Extend network visibility and threat detection capabilities to your endpoints and remote worker devices without relying on signatures or historical attack data, covering both network telemetry and endpoint process data to detect critical threats that existing tools miss.

## Investigation

Darktrace / ENDPOINT uses the power of Cyber AI Analyst, a sophisticated agentic AI system, to automate L1 and L2 triage and investigations.

Cyber AI Analyst continually investigates and contextualizes every relevant alert in your environment, including third party alerts and endpoint process data, autonomously forming hypotheses and reaching conclusions just like a human analyst would, augmenting your team and empowering them to focus their time where it matters.

## Response

Our Self-Learning AI autonomously responds to both known and novel threats affecting your endpoints in real-time. Darktrace takes precise, behavioral actions to contain threats based on a contextual understanding of your organization, avoiding business disruption and stopping threats at the earliest stages before they escalate.

| | Source: https://cdn.prod.website-files.com/626ff4d25aca2edf4325ff97/692484eb754540cdb8081dbc_Solution%20Brief%20-%20Endpoint%20v2.pdf, Page 2 |
|---|---|

### Gain full visibility

Darktrace / ENDPOINT uses lightweight agents to analyze datapoints from every network packet, connection and endpoint process to uncover unusual activity in real-time, including remote devices or if users are off-VPN. Unlike other vendors that rely on globally trained models, Darktrace Self-Learning AI is deployed locally and trained solely on your data - giving you tailored security outcomes without compromising on privacy.

Darktrace natively combines full network packet and endpoint process data into a single agent. We call this functionality Network Endpoint eXtended Telemetry (NEXT). NEXT enhances our NDR capabilities by seeing what endpoint process is responsible for making a network connection, in addition to the properties of that process, all without needing to pivot to your EDR.

### Detect known and unknown threats

Darktrace takes a fundamentally different approach to threat detection, using Self-Learning AI to identify both known and unknown threats, without relying on signatures or threat intelligence. It builds a dynamic understanding of normal behavior across your endpoints and servers, enabling real-time detection of anomalies that can signal potential threats or compromises.

Darktrace complements your existing EDR or XDR by detecting and prioritizing novel threats that existing tools miss such as zero-days, insider risks, misuse of legitimate tools that are commonly used in 'living off the land' attacks, unauthorized application usage and policy violations. Darktrace / ENDPOINT identifies potential threats earlier in the cyber kill-chain compared to EDR and traditional NDR solutions, reducing dwell time and giving defenders more time to react to an emerging threat on the network.

### Precision threat detection

Darktrace Self-Learning AI autonomously optimizes itself to cut through the noise and quickly raise genuine, prioritized security incidents to your attention – significantly reducing false positives and saving you the hassle of continually tuning alerts manually. If desired, you can still maintain full control of your deployment and oversee how the output of our AI is processed with an intuitive model editor. Advanced users can directly change or disable every setting and create custom detections with ease and no need for costly development.

8

<table>
<tr>
<td></td>
<td>

Source: https://cdn.prod.website-files.com/626ff4d25aca2edf4325ff97/692484eb754540cdb8081dbc_Solution%20Brief%20-%20Endpoint%20v2.pdf, Page 3

**Go beyond endpoint security**

by proactively preventing cyberattacks and strength-ening your security posture with the Darktrace ActiveAI Security Platform.

Source: https://cdn.prod.website-files.com/626ff4d25aca2edf4325ff97/692484eb754540cdb8081dbc_Solution%20Brief%20-%20Endpoint%20v2.pdf, Page 13

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Darktrace.

</td>
</tr>
<tr>
<td>

[16.1] holding and executing in hardware means for at least one defense function software module for providing at least one defense function; and agent means for providing

</td>
<td>

Darktrace provides the security subsystem comprising processing resources, wherein the processing means comprises at least: holding and executing in hardware means for at least one defense function software module for providing at least one defense function; and agent means for providing at least one immunization function.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, ActiveAI security platform is the self-learning AI cyber analyst that provides functionalities such as Detection, Investigation, and Response ("at least one defense function") that detects abnormalities, responds to threats, and integrates with security stacks to secure endpoint devices. Further, the platform includes Prevent functionality ("at least one immunization function") that continuously monitors the endpoint devices for risks, high-impact vulnerabilities, and external threats. Since the ActiveAI security platform provides defense and immunization functions, it would be apparent to a person having ordinary skill in the art that the ActiveAI security platform holds and executes in hardware means for at least one defense function software module for providing defense functions, and agent means for providing immunization functions.

</td>
</tr>
</table>

9

| at least one immunization function. | Darktrace provides coverage for all 14 MITRE ATT&CK categories, combining the lowest level of network monitoring with endpoint process analysis to detect threats at every stage of the attack lifecycle. Darktrace can detect both known and novel threats without relying on historical data, static rules or signature-based methods.<br><br>Here are just a few examples of the detection models that Darktrace / ENDPOINT can use to identify anomalous behavior and threats based on network activity.<br><br>Source: https://cdn.prod.website-files.com/626ff4d25aca2edf4325ff97/692484eb754540cdb8081dbc_Solution%20Brief%20-%20Endpoint%20v2.pdf, Page 4 | Darktrace / ENDPOINT also has dedicated models for endpoint process telemetry that are combined with network-level monitoring. These include models such as Unusual Connections from New Process, Rare Process with Suspicious Parent, New Executable Launched, Anomalous Use of Scripting Process, Data Transfer from Suspicious Process Path, and much more. |

10

## Detection

Detect known and novel threats across your endpoint devices with Self-Learning AI that understands what is normal for each endpoint and your whole organization.

Extend network visibility and threat detection capabilities to your endpoints and remote worker devices without relying on signatures or historical attack data, covering both network telemetry and endpoint process data to detect critical threats that existing tools miss.

## Investigation

Darktrace / ENDPOINT uses the power of Cyber AI Analyst, a sophisticated agentic AI system, to automate L1 and L2 triage and investigations.

Cyber AI Analyst continually investigates and contextualizes every relevant alert in your environment, including third party alerts and endpoint process data, autonomously forming hypotheses and reaching conclusions just like a human analyst would, augmenting your team and empowering them to focus their time where it matters.

## Response

Our Self-Learning AI autonomously responds to both known and novel threats affecting your endpoints in real-time. Darktrace takes precise, behavioral actions to contain threats based on a contextual understanding of your organization, avoiding business disruption and stopping threats at the earliest stages before they escalate.

11

| | |
|---|---|
| | Source: https://cdn.prod.website-files.com/626ff4d25aca2edf4325ff97/692484eb754540cdb8081dbc_Solution%20Brief%20-%20Endpoint%20v2.pdf, Page 2<br><br>**Go beyond endpoint security**<br>by proactively preventing cyberattacks and strength-ening your security posture with the Darktrace ActiveAI Security Platform.<br><br>Source: https://cdn.prod.website-files.com/626ff4d25aca2edf4325ff97/692484eb754540cdb8081dbc_Solution%20Brief%20-%20Endpoint%20v2.pdf, Page 13 |

### Gain full visibility

Darktrace / ENDPOINT uses lightweight agents to analyze datapoints from every network packet, connection and endpoint process to uncover unusual activity in real-time, including remote devices or if users are off-VPN. Unlike other vendors that rely on globally trained models, Darktrace Self-Learning AI is deployed locally and trained solely on your data - giving you tailored security outcomes without compromising on privacy.

Darktrace natively combines full network packet and endpoint process data into a single agent. We call this functionality Network Endpoint eXtended Telemetry (NEXT). NEXT enhances our NDR capabilities by seeing what endpoint process is responsible for making a network connection, in addition to the properties of that process, all without needing to pivot to your EDR.

### Detect known and unknown threats

Darktrace takes a fundamentally different approach to threat detection, using Self-Learning AI to identify both known and unknown threats, without relying on signatures or threat intelligence. It builds a dynamic understanding of normal behavior across your endpoints and servers, enabling real-time detection of anomalies that can signal potential threats or compromises.

Darktrace complements your existing EDR or XDR by detecting and prioritizing novel threats that existing tools miss such as zero-days, insider risks, misuse of legitimate tools that are commonly used in 'living off the land' attacks, unauthorized application usage and policy violations. Darktrace / ENDPOINT identifies potential threats earlier in the cyber kill-chain compared to EDR and traditional NDR solutions, reducing dwell time and giving defenders more time to react to an emerging threat on the network.

### Precision threat detection

Darktrace Self-Learning AI autonomously optimizes itself to cut through the noise and quickly raise genuine, prioritized security incidents to your attention – significantly reducing false positives and saving you the hassle of continually tuning alerts manually. If desired, you can still maintain full control of your deployment and oversee how the output of our AI is processed with an intuitive model editor. Advanced users can directly change or disable every setting and create custom detections with ease and no need for costly development.

13

Source: https://cdn.prod.website-files.com/626ff4d25aca2edf4325ff97/692484eb754540cdb8081dbc_Solution%20Brief%20-%20Endpoint%20v2.pdf, Page 3

Source: https://cdn.prod.website-files.com/626ff4d25aca2edf4325ff97/692484eb754540cdb8081dbc_Solution%20Brief%20-%20Endpoint%20v2.pdf, Page 6

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Darktrace.

14

## 2. List of References

1. https://darktrace.com/platform, last accessed on 20 March 2026.
2. https://cdn.prod.website-files.com/626ff4d25aca2edf4325ff97/6755ed83df191fb405cc5135_Darktrace%20ActiveAI%20Security%20Platform%20Solution%20Brief.pdf, last accessed on 20 March 2026.
3. https://cdn.prod.website-files.com/626ff4d25aca2edf4325ff97/692484eb754540cdb8081dbc_Solution%20Brief%20-%20Endpoint%20v2.pdf, last accessed on 20 March 2026.