UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SPEECH TRANSCRIPTION, LLC,

Plaintiff,

v.

MALWAREBYTES INC.,

Defendant.

Case No.  26-cv-02941-VC

**REFERRAL FOR PURPOSE OF
DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to Judge Jacqueline S. Corley for consideration of whether the case is related to *Speech Transcription, LLC v. Darktrace, Inc.*, No. CV 26-cv-02940-JSC.

**IT IS SO ORDERED.**

Dated: 7/13/2026

_____
VINCE CHHABRIA
United States District Judge